**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00562-GPG

MICAH BLACKFEATHER,

    Plaintiff,

v.

BOULDER COUNTY JAIL,
DISTRICT ATTORNEYS OFFICE,
PUBLIC DEFENDERS OFFICE,
MENTAL HEALTH PARTNERS,
CITY OF LONGMONT,
LONGMONT POLICE DEPARTMENT,
BARACK OBAMA,
ICAREGIFTING.COM (I Care Employees),
BOULDER COUNTY SHERIFFS DEPARTMENT,
JENNIFER ENGLEMAN,
KING SOOPERS,
KOHLS DEPARTMENT STORE,
WALMART,
CITY OF LONGMONT,
WHITE HOUSE,
THE STATE OF COLORADO,
UNITED STATES OF AMERICA,
GRANVIEW MEADOWS APARTMENTS,
AIR FORCE (Buckley),
NATIONAL FOOTBALL LEAGUE,
FEDERAL COURT, Alfred A. Arraj and Judges Found on any Case,
PUEBLO STATE HOSPITAL,
DR. LENNERT ABEL,
DR. RICHARD POUNDS,
CITY OF BOULDER,
JOHN HICKENLOOPER,
STANLEY GARNETT,
ESPN (TV), and
SPORTS CENTER (TV),

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

       This matter is before the court on the motion (ECF No. 6) in which Plaintiff requests a stay in each of his three pending cases, including the instant action, and copies of all "paperwork or transcripts, motions, complaints, letters and exhibits or evidence sent to him."   The motion is DENIED because Plaintiff fails to allege facts that demonstrate a stay is necessary or appropriate, it is not clear what documents he is seeking copies of, and he fails to demonstrate he is entitled to copies.   To the extent Plaintiff may be seeking copies of papers filed with this court, he may obtain copies by contacting the clerk of the court and paying any necessary fees.

       Plaintiff is reminded that he must cure the deficiency in this action if he wishes to pursue his claims.   In order to cure the deficiency he must submit a certified copy of his inmate trust fund account statement for the six-month period immediately preceding the filing of this action.   Plaintiff shall have **thirty (30) days from the date of this minute order** to cure the remaining deficiency.   Plaintiff also is reminded that the action will be dismissed without further notice if he fails to cure the deficiency within the time allowed.

Dated:   March 29, 2016